**PRENTICE LONG, PC**
Gregory P. Priamos, SBN 136766
Rebekah Mojica, SBN 351006
481 4th Street, 2nd Floor
Hollister, CA 95023
Telephone:   (831) 636-4040
Facsimile:    (530) 691-0700
E-Mail:  gregory@prenticelongpc.com
            rebekah@prenticelongpc.com

Attorneys for Defendants San Benito County and
San Benito County Resource Management Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| PLH VINEYARD SKY LLC AND ECOS ENERGY, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN BENITO and the SAN BENITO COUNTY RESOURCE MANAGEMENT AGENCY,<br><br>　　　　　Defendants. | No.  5:25-cv-07796 SVK<br><br>**JOIN STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO STAY LITIGATION**<br><br>AS MODIFIED BY THE COURT |

Plaintiffs PLH Vineyard Sky LLC ("PLH") and ECOS Energy LLC ("Ecos") (collectively, "Plaintiffs"), and Defendants, County of San Benito (the "County") and the San Benito County Resource Management Agency (the "RMA") (collectively, "Defendants"), each by and through their respective counsel of record (together the "Parties"), hereby stipulate and agree as follows, pursuant to Civil Local Rule 7-12 of the Northern District of California and the Court's inherent authority to manage its docket:

**RECITALS**

  A.  Plaintiffs commenced this action concerning certain road improvements, related deposit,

     and prior settlement agreement.

1

B.  The Parties have engaged in settlement discussions and believe that a resolution of all claims in this action may be achievable without further litigation.

C.  The Parties believe that a temporary stay of all proceedings will promote the efficient use of the Parties' and the Court's resources and will facilitate the prospect of reaching an amicable resolution.

D.  The Parties further anticipate that finalizing a comprehensive settlement agreement, including implementation of agreed-upon terms, will require additional time, and therefore request a stay of sufficient duration to allow those efforts to proceed efficiently.

## STIPULATION

Based on the foregoing, the Parties respectfully stipulate and agree as follows:

1.  All proceedings in this action, including but not limited to discovery, depositions, motions practice, and any other pretrial obligations, shall be stayed for a period of 90 days from the date of entry of the Court's order approving this Stipulation (the "Stay Period").

2.  During the Stay Period, the Parties shall engage in good-faith settlement negotiations and make reasonable efforts to resolve the disputes at issue in this action.

3.  The Parties shall file a joint status report no later than fourteen (14) days before the expiration of the Stay Period to advise the Court of the status of settlement efforts and whether a further stay or other action is requested.

4.  Either party may, upon written notice to the opposing party and the Court, or by stipulation of the Parties, move to lift the stay at any time if, in that party's judgment, settlement discussions have reached an impasse or are otherwise no longer productive.

5.  In the event that the Parties are unable to reach a settlement during the Stay Period, any deadlines set by the Court shall be deemed suspended during the Stay Period, and the Parties shall promptly confer and submit a proposed revised scheduling order for the Court's approval.

6.  If the Parties reach a settlement during the Stay Period, they shall promptly notify the Court and file appropriate documentation to effectuate the resolution of this matter.

7.  Nothing in this Stipulation shall prejudice or waive any Party's rights, claims, or defenses

2

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO STAY LITIGATION        CASE 525-CV-07796 SVK

in this action. To the extent applicable, the Parties agree to toll any applicable statutes of limitation during the Stay Period.

8. The parties respectfully request that the Court enter the proposed order set forth below.

**IT IS SO STIPULATED.**

ALLCO RENEWABLE ENERGY, INC.

Dated: April 15, 2026

By: _____
     Michael Melone
     Attorney for Plaintiffs
     PLH Vineyard Sky LLC and
     ECOS Energy LLC

PRENTICE LONG, PC

Dated: April 15, 2026

By: _____
REBEKAH MOJICA
GREGORY P. PRIAMOS
Attorneys for Defendants
San Benito County and
San Benito County Resource Management Agency

## [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION AS MODIFIED, AND GOOD CAUSE APPEARING, IT IS SO ORDERED. Proceedings are stayed for **60 DAYS** on the terms specified above. The Parties must file a joint status report by **May 18, 2026.**

_____
Hon. Susan Van Keulen
United States Magistrate Judge

April 16, 2026
     Date