Michael Melone
Allco Renewable Energy Inc.
157 Church Street, 19th Fl.
New Haven, CT 06510
212-681-6974
mjmelone@allcous.com
State Bar No. 298273

Attorney for Plaintiffs
PLH VINEYARD SKY and
ECOS ENERGY LLC LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| PLH VINEYARD SKY LLC and ECOS ENERGY, LLC, | Case No. 25-CV-07796 SVK |
|---|---|
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SAN BENITO and the SAN BENITO COUNTY RESOURCE MANAGEMENT AGENCY, | |
| Defendants. | |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

924421

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs PLH Vineyard Sky LLC, a Florida limited liability company and Ecos Energy, LLC, a Minnesota limited liability company, by and through their undersigned counsel, and Defendants the County of San Benito and the San Benito County Resource Management Agency, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 9th day of June, 2026,

**PLH VINEYARD SKY LLC**
**ECOS ENERGY LLC**

*/s/Michael Melone*
Michael Melone

Attorney for Plaintiffs

**THE COUNTY OF SAN BENITO and its**
**RESOURCE MANAGEMENT AGENCY**

*/s/Rebekah Mojica*
Rebekah Mojica

Attorney for Defendants

1
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

**~~PROPOSED~~ ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED

Dated <u>June 10</u> , 2026                    By: _Susan van Keulen_

SUSAN VAN KEULEN
United States Magistrate Judge

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER**